Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
| DALE ALLEN SMITH | ) Case No.: 8:05-bk-17192-RK |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301119** in the sum of **$198.62** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ESKANOS & ADLER
    2325 CLAYTON ROAD
    CONCORD, CA 92620

Date: September 10, 2011        __/S/_____
                                      Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0517192 | DALE ALLEN SMITH<br>ACCT: 058625-7 | Claim: 00003 | XXX-XX-8081 | 198.62 | 0.00 | 198.62 |
| | | TOTALS | | 198.62 | 0.00 | 198.62 |

DALE ALLEN SMITH

BALANCE:              [0.00  33/00003]
SSN: XXX-XX-8081      SSN:
ACCT: 058625-7                     CASE: 0517192
PRINCIPAL:            198.62  INTEREST:           0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301119

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$198.62

**PAY**  One Hundred Ninety Eight And 62 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301119⑈  ⑆061100790⑆:000000 575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND - ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE - SEE REVERSE SIDE FOR MORE SAFETY FEATURES