Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| DALE ALLEN SMITH | ) Chapter 13 <br> ) <br> ) Case No.: 8:05-bk-17192-RK <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301120** in the sum of **$511.33** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ESKANOS & ADLER
    2325 CLAYTON ROAD
    CONCORD, CA 90030

Date: September 10, 2011            __/S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0517192 | DALE ALLEN SMITH<br>ACCT: 058625-7      Claim: 00003 | XXX-XX-8081 | 511.33 | 0.00 | 511.33 |
|  | TOTALS |  | 511.33 | 0.00 | 511.33 |

DALE ALLEN SMITH

BALANCE:            [0.00  33/00003]
SSN: XXX-XX-8081    SSN:
ACCT: 058625-7                CASE: 0517192
PRINCIPAL:     511.33   INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79/611

0301120

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$511.33

PAY   Five Hundred Eleven And 33 / 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301120⑈  ⑆061100790⑆ 0000005751862⑈