```
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277
```

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| DALE ALLEN SMITH | ) Chapter 13 ) ) Case No.: 8:05-bk-17192-RK ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) **(Bankruptcy Rule 3010)** ) ) ) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301118** in the sum of **$   0.30** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule . The name and address of the party entitled to said unclaimed dividend is as follows:

```
DALE ALLEN SMITH
1424 OCEAN AVENUE
APT #C
SEAL BEACH, CA 92629
```

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Desc Principal Payment |
|---|---|---|---|---|---|---|
| 0517192 | DALE ALLEN SMITH ACCT: | Claim: 00000 | XXX-XX-8081 | 0.30 | 0.00 | 0.30 |
| | | TOTALS | | 0.30 | 0.00 | 0.30 |

DALE ALLEN SMITH

BALANCE:                [0.00  33/00000]
SSN: XXX-XX-8081    SSN:
ACCT:                           CASE: 0517192
PRINCIPAL:        0.30    INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301118

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$0.30

**PAY**  Zero And 30 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301118⑈  ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.